UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LAPRA PRADIA, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>A. BECERRA, et al.,<br><br>  Defendants. | Case No. 1:20-cv-01348-NONE-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>14-DAY DEADLINE |

On August 24, 2021, the Court directed the California Department of Corrections and Rehabilitation, within 40 days, to file a "'CDCR Notice of E-Service Waiver,' advising if the defendants waive service of process without need for personal service by the United States Marshal." (Doc. 13 at 2.) Although more than 40 days have passed, CDCR has not filed the notice. Accordingly, CDCR SHALL show cause, within 14 days, why sanctions should not be imposed for failure to comply with the Court's order. The Court DIRECTS the Clerk's Office to serve this order via email on CDCR and Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:   **October 14, 2021**           _/s/ Jennifer L. Thurston_
                                              CHIEF UNITED STATES MAGISTRATE JUDGE