UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LAPRA PRADIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> A. BECERRA, et al., <br><br> Defendants. | Case No. 1:20-cv-01348-NONE-JLT (PC) <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> (Doc. 15) |

On October 14, 2021, the Court issued an order to show cause regarding the failure of the California Department of Corrections and Rehabilitation (CDCR) to file a "Notice of E-Service Waiver" within the time provided by the Court. (Doc. 15.) CDCR filed a Notice of E-Service Waiver on November 1, 2021. (Doc. 18.) The California Attorney General's Office, by special appearance, subsequently responded to the order to show cause on behalf of CDCR. (Doc. 20.) Upon review of the response and supporting declaration, and in light of CDCR's filing of the notice, the Court discharges the order to show cause.

IT IS SO ORDERED.

Dated: __November 2, 2021__                    _____ /s/ Jennifer L. Thurston
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE