UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LAPRA PRADIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> A. BECERRA, et al., <br><br> Defendants. | No. 1:20-cv-01348-NONE-JLT (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br><br> (Doc. Nos. 16 & 19) |

Plaintiff Carl Lapra Pradia, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2021, plaintiff filed a motion for default judgment.  (Doc. No. 16.)  On November 2, 2021, the assigned magistrate judge filed findings and recommendations, recommending that plaintiff's motion be denied as premature.  (Doc. No. 19.)  The magistrate judge informed plaintiff that defendants' deadline for filing a responsive pleading to his complaint has not yet passed.  (*See id.* at 1.)  The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto.  (*Id.*)  Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and

recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 2, 2021 (Doc. No. 19) are adopted in full;
2. Plaintiff's motion for default judgment (Doc. No. 16) is denied; and,
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 8, 2021**

UNITED STATES DISTRICT JUDGE