UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LAPRA PRADIA, JR.,<br>Plaintiff,<br><br>v.<br><br>A. BACCERA, *et al.*,<br>Defendants. | 1:20-cv-01348-DAD-BAK (SAB)  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **CARL LAPRA PRADIA, CDCR #AS-1566, BY ZOOM VIDEO CONFERENCE**<br><br>DATE: April 18, 2022<br>TIME: 10:00 a.m. |

**Inmate Carl Lapra Pradia, Jr., CDCR #AS-1566**, a necessary and material witness on his own behalf in a Settlement Conference on April 18, 2022, is confined at the Mule Creek State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Stanley A. Boone on April 18, 2022, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Mule Creek State Prison**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** at the time and place above, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**April 15, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE

