UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LAPRA PRADIA, JR, <br><br>          Plaintiff, <br><br>     v. <br><br> A. BACCERA, et al., <br><br>          Defendants. | Case No. 1:20-cv-01348-DAD-BAK (SAB) (PC) <br><br> ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS <br><br> THIRTY-DAY DEADLINE |

On April 18, 2022, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 18, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1