UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LAPRA PRADIA, JR.,<br><br>             Plaintiff,<br><br>      v.<br><br>A. BECERRA, et al.,<br><br>             Defendants. | Case No. 1:20-cv-01348-DAD-BAK (SAB) (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE CARL LAPRA PRADIA, JR., CDCR No. AS-1566 |

A settlement conference in this matter commenced on April 18, 2022. Inmate Carl Lapra Pradia, Jr., CDCR No. AS-1566, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **April 19, 2022**

UNITED STATES MAGISTRATE JUDGE