UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LAPRA PRADIA, JR., | No. 1:20-cv-01348-DAD-BAK (SAB) (PC) |
| Plaintiff, | |
| v. | **ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| A. BACCERA, et al., | |
| Defendants. | (Doc. No. 38) |

Plaintiff Carl Lapra Pradia, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.

Following a settlement conference held April 18, 2022, before the undersigned, and pursuant to the Order Following Settlement of that same date, the parties agreed to settle the matter. Dismissal documents were to be filed within 30 days. (Doc No. 35.)

On May 2, 2022, counsel for Defendants J. Davis and S. Avila-Becerra filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. No. 38.) The stipulation is signed and dated by Plaintiff Carl Lapra Pradia, Jr. and Alice M. Segal, counsel for Defendants, and indicates that each party shall bear its own costs and fees. (*Id.* at 2.)

//

//

//

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **May 3, 2022**

_____
UNITED STATES MAGISTRATE JUDGE